UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYLANI SIMMONS,<br>        Petitioner,<br>  v.<br>D. ADAMS,<br>        Respondent. | Case No. 17-cv-04311-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Leylani Simmons has not complied with the Court's order to pay the filing fee by the deadline. Accordingly, this federal habeas action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, Simmons may move to reopen the action. Any such motion **must** be accompanied by full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 16, 2017

                                              WILLIAM H. ORRICK<br>
                                              United States District Judge